**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS KAFATOS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH TRIANGLE INSTITUTE,<br><br>Defendant. | Case No. 8:14-cv-00540-CJC-AN<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 19th day of June, 2014.

By:  s/Todd M. Friedman
     Todd M. Friedman, Esq.
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 19th day of June, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 19th day of June, 2014, via the ECF system to:

Honorable Cormac J. Carney
Judge of the United States District Court
Central District of California

Michael M Maddigan
Hogan Lovells US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067

By: s/Todd M. Friedman
    Todd M. Friedman